# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 18-1011**  September Term, 2017

FCC-17-166

Filed On: February 27, 2018

New America Foundation's Open Technology Institute,

    Petitioner

    v.

Federal Communications Commission and United States of America,

    Respondents

------------------------------

Consolidated with 18-1012, 18-1013, 18-1014

## O R D E R

Upon consideration of the joint stipulation of voluntary dismissal, it is

**ORDERED** that the Clerk note on the docket that these consolidated petitions for review are dismissed. No mandate will issue.

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                          BY:    /s/
                                      Robert J. Cavello
                                      Deputy Clerk